**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTOINE GORUM,

    Plaintiff,

v.

BROWN, *et al.*,

    Defendants.

Case No. 2:16-cv-00079-APG-NJK

**ORDER**

**I.   DISCUSSION**

On June 30, 2016, this Court issued a screening order dismissing portions of Plaintiff's complaint without prejudice, and with leave to amend, and allowing other portions of Plaintiff's complaint to proceed. (ECF No. 6). Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of that order. (*Id*. at 9-11). On August 3, 2016, Plaintiff filed a motion to extend the time in which to file his amended complaint.[1] (ECF No. 7).

The Court grants the motion to extend the date for filing Plaintiff's amended complaint. Plaintiff's amended complaint shall be filed no later than thirty (30) days from entry of this order.

///

///

///

///

---

[1] Plaintiff labels this motion "Motion to Have Plaintiff Brought to Court and for Plaintiff to be able to Show Good Cause why Plaintiff Should be Allow to Submit to the Courts Plaintiff Amended Complaint." (ECF No. 7 at 1). The Court construes this as a motion for extension of time to file an amended complaint.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to extend the date for filing the amended complaint (ECF No. 7) is **GRANTED**. Plaintiff shall file his amended complaint no later than **thirty (30) days** from the entry of this order. If Plaintiff fails to file an amended complaint within **thirty (30) days**, this action shall proceed against Defendants Potter, Norman, Crook, Matta, Werlinger, nurse pat, Wickham, J. Murphy, Aranas, Barth, Harrison, Neven, Nash, and John Doe only.

DATED: This 11th day of August, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

2