UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Antoine Gorum,<br><br>                Plaintiff,<br><br>     v.<br><br>Brown, et al.,<br><br>                Defendants. | Case No. 2:16-cv-0079-APG-NJK<br><br>**ORDER DISMISSING DEFENDANTS CROOK, MATTA, PAT, J. MURPHY, AND LEE HARRISON** |

On March 28, 2017, the plaintiff was advised by the court (ECF No. 24) that this action would be dismissed without prejudice as to defendants Crook, Matta, Pat, J. Murphy, and Lee Harrison unless on or before April 27, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants Crook, Matta, Pat, J. Murphy, and Lee Harrison only.

Dated: May 2, 2017.

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE