# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM, | Case No. 2:16-cv-00079-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| BROWN, et al., | (ECF Nos. 27, 39) |
| Defendants. | |

On August 15, 2017, Magistrate Judge Koppe entered a report and recommendation that I dismiss this case because plaintiff has not obeyed the court's orders and has not updated his address. Plaintiff Antoine Gorum did not file an objection.

I nevertheless conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe sets forth the proper legal analysis and factual basis for the decision. Moreover, the defendants' motion for summary judgment asserts meritorious arguments justifying dismissal with prejudice against refiling.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 39) is accepted**. This case is DISMISSED with prejudice and the pending motion for summary judgment **(ECF No. 27) is DENIED as moot**.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE